# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**721**
**CAF 14-00126**
PRESENT: CENTRA, J.P., PERADOTTO, LINDLEY, VALENTINO, AND DEJOSEPH, JJ.

---

IN THE MATTER OF MARY E. COUNTRYMAN, ALSO KNOWN
AS MARY E. CONLEY, PETITIONER-RESPONDENT,

V                                                                    ORDER

WILLIS C. COUNTRYMAN, JR., RESPONDENT-APPELLANT.

---

PAUL B. WATKINS, FAIRPORT, FOR RESPONDENT-APPELLANT.

RUTHANNE G. SANCHEZ, ATTORNEY FOR THE CHILDREN, WATERTOWN.

--------------------------------------------------------------------------------

Appeal from an order of the Family Court, Jefferson County (Peter A. Schwerzmann, A.J.), entered December 23, 2013 in a proceeding pursuant to Family Court Act article 6. The order, among other things, awarded petitioner custody of the subject children.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court.

Entered:  June 12, 2015                          Frances E. Cafarell
                                                 Clerk of the Court